FILED

2024 Feb-09  AM 11:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| OCIE LEE LYNCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  2:23-cv-01611-ACA-JHE |
| | ) | |
| WARDEN G. GIVENS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

Plaintiff Ocie Lee Lynch filed a *pro se* complaint seeking monetary damages or injunctive relief under 42 U.S.C. § 1983 for violations of his civil rights. (Doc. 1). On January 19, 2024, the magistrate judge entered a report recommending the court dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) based on Mr. Lynch's failure to comply with the magistrate judge's order to show cause why the case should not be dismissed. (Doc. 5). Although the magistrate judge advised Mr. Lynch of his right to file written objections within fourteen days and the consequences of failing to object (*id.* at 2), the court has not received any objections.

Mr. Lynch's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. Accordingly, the court **ADOPTS** the magistrate judge's report and **ACCEPTS**

his recommendation. The court **WILL DISMISS** this action **WITHOUT PREJUDICE** based on Mr. Lynch's failure to comply with a court order.

**DONE** and **ORDERED** this February 9, 2024.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE